■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v RANDY ALMONTE, Defendant. [40 NYS3d 919]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered January 14, 2015.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391 [2010]). Balkin, J.P., Dickerson, Hinds-Radix and Brathwaite Nelson, JJ., concur.